PER CURIAM.

(No. 74-CC-329—Claimant 

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE LIEUTENANT GOVERNOR, Respondent.

*Opinion filed April 11, 1974.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.